**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X

| | |
|---|---|
| ROSA M. NAREA, | **Civil Action No.:** 07-CV-7184 |
| Plaintiff, | **RULE 7.1 DISCLOSURE** |
| -against- | |
| TARGET CORPORATION, | **J. McKenna** |
| Defendant. | **M. Eaton** |

----------------------------------------X

Pursuant to Federal Rule 7.1 of this Court, defendant, TARGET CORPORATION, by its attorneys, Simmons, Jannace & Stagg, L.L.P., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                            NONE

Dated:    Syosset, New York
           August 10, 2007

                            Yours, etc.,

                            SIMMONS, JANNACE & STAGG, L.L.P.

                            By:__s/Sal F. DeLuca_____
                                SAL F. DeLUCA (sd-2354)
                            Attorneys for Defendant
                            TARGET CORPORATION
                            **Office & P.O. Address:**
                            75 Jackson Avenue, Suite 100
                            Syosset, New York  11791-3139
                            (516) 357-8100

TO:

MALLILO & GROSSMAN, ESQS.
Attorneys for Plaintiff
ROSA M. NAREA
**Office & P.O. Address:**
163-09 Northern Blvd.
Flushing, New York 11358
(718) 461-6633


Rule 7.1

**CERTIFICATE OF SERVICE**

**RE:**     **ROSA M. NAREA V. TARGET CORPORATION**
            **CIVIL ACTION CV 07-7184 J. McKenna, M. Eaton**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NASSAU     )

I, MARILYN C. AVONDET, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **RULE 7.1 DISCLOSURE** was made on August 13, 2007 by:

XX   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:


MALLILO & GROSSMAN, ESQS.
Attorneys for Plaintiff
ROSA M. NAREA
**Office & P.O. Address:**
163-09 Northern Blvd.
Flushing, New York 11358
(718) 461-6633


Under penalty of perjury, I declare that the foregoing is true and correct.

                                        __s/Marilyn C. Avondet__
                                           MARILYN C. AVONDET

Sworn to before me this
13th day of August, 2007

_s/Janet L. Corsie___No. 01CO6033230
NOTARY PUBLIC    Nassau County Exp. 11/15/09

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue, Suite 100
Syosset, New York 11791-3139
(516) 357-8100

3