UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------x
ROSA M. NAREA                      :
                                   :   07 Civ. 7184 (LMM)
            Plaintiff(s),          :
                                   :   CASE MANAGEMENT PLAN
       - against -                 :   AND SCHEDULING ORDER
                                   :
TARGET CORPORATION                 :
                                   :
            Defendant(s).          :
-----------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex    ___ Standard    ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. Third party depositions to be completed by _____.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by _____.

9. All discovery to be completed by 3/31/08.

10. Next pretrial conference _____ at _____.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:

ANY DISPOSITIVE MOTION TO BE FILED WITHIN 30 DAYS OF COMPLETION OF DISCOVERY; PROPOSED JOINT PRETRIAL ORDER TO BE FILED WITHIN 30 DAYS OF THE LATER OF COMPLETION OF DISCOVERY OR DECISION OF DISPOSITIVE MOTION (IF ANY).

Dated:   New York, New York
         9/6/07

                                    SO ORDERED.

                                    _____
                                    LAWRENCE M. McKENNA
                                    U.S.D.J.