# SIMMONS, JANNACE & STAGG, L.L.P.

| | | |
|---|---|---|
| KEVIN P. SIMMONS<br>STEVEN D. JANNACE<br>THOMAS E. STAGG*◊<br>DEBRA LYNNE WABNIK*<br>DANIEL P. GREGORY*<br>ANDREW KAZIN<br>SAL F. DELUCAΔ<br>———————<br>JASON W. CREECH<br>JACQUELINE DELLA CHIESA<br>KATHRYN FITZGERALD<br>MICHAEL D. KERNΔ<br>ALLISON C. LEIBOWITZ<br>ADAM M. LEVY<br>HALEY E. OLAMΔ<br>CARYN M. PINCUS*<br>COREY J. PUGLIESE<br>STEPHEN J. ROMANO*<br>MARVIN N. ROMERO*<br>MICHELLE E. TARSON* | ATTORNEYS AT LAW<br>75 JACKSON AVENUE<br>SYOSSET, NEW YORK 11791-3139<br>(516) 357-8100<br>FAX (516) 357-8111<br>———————<br>381 BROADWAY, SUITE 300<br>WESTWOOD, NEW JERSEY 07675<br>———————<br>700 CANAL STREET<br>STAMFORD, CONNECTICUT 06902 | COUNSEL<br>———————<br>SUSAN B. JANNACE<br>ROSS M. CHINITZΔ<br>KRISTEN RENZULLI*<br>———————<br>*ALSO ADMITTED NJ<br>ΔALSO ADMITTED CT<br>◊ALSO ADMITTED DC |

March 19, 2008

**Via ECF**

District Judge Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

    Re:  Rosa M. Narea v. Target Corporation
          Docket No.:  07-CV-7184

Dear Judge McKenna:

    We represent defendant Target Corporation in the above-referenced matter.

    Please allow this correspondence to serve as Target's request for a 120 day extension of the deadlines set forth in the Court's Order dated September 6, 2007.  Plaintiff's counsel has consented to this request.  The discovery deadline in this matter is March 31, 2008.  There have been no other requests for an extension and the parties are jointly making the instant request.  A Proposed Revised Scheduling Order is attached in accordance with the Court's rules.

    Thank you for the opportunity to address the Court in this matter.

                          Respectfully submitted,


                          s/Sal F. DeLuca
                          Sal F. DeLuca (sd-2354)

SFD:mca

District Judge Lawrence M. McKenna
United States District Court
Southern District of New York
March 19, 2008
Page 2


cc:   Mallilo & Grossman, Esqs.
      163-09 Northern Blvd.
      Flushing, New York 11358
      Attn:  Christopher E. Laraque

mckenna.ltr1