UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

| | |
|---|---|
| ROSA M. NAREA, | Docket No.: 07-CV-7184 |
| Plaintiff, | **PROPOSED REVISED SCHEDULING ORDER** |
| -against- | |
| TARGET CORPORATION, | J. McKenna |
| Defendant. | |

----------------------------------------X

All discovery is to be completed by July 29, 2008. Any dispositive motions to be filed within 30 days of completion of Discovery. Proposed Joint Pre-Trial Order to be filed within thirty days of the latter of completion of discovery or decision of dispositive motion (if any).

Dated:   Syosset, New York
         March 19, 2008

**So Ordered:**

_____
**U.S.D.J. McKenna**

1