```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

ROSA M. NAREA,                              Docket No.:
                                            07-CV-7184

                         Plaintiff,         **PROPOSED REVISED**
                                            **SCHEDULING ORDER**
          -against-

TARGET CORPORATION,                         J. McKenna

                         Defendant.
----------------------------------------X

All discovery is to be completed by July 29, 2008. Any dispositive motions to be filed within 30 days of completion of Discovery. Proposed Joint Pre-Trial Order to be filed within thirty days of the latter of completion of discovery or decision of dispositive motion (if any).

Dated:    Syosset, New York
          March 19, 2008

                                    So Ordered:

                                    _____ 3/21/08
                                    **U.S.D.J. McKenna**

1