# SIMMONS, JANNACE & STAGG, L.L.P.

ATTORNEYS AT LAW

**75 JACKSON AVENUE**

SYOSSET, NEW YORK 11791-3139

(516) 357-8100

FAX (516) 357-8111

381 BROADWAY, SUITE 300
WESTWOOD, NEW JERSEY 07675

700 CANAL STREET
STAMFORD, CONNECTICUT 06902

KEVIN P. SIMMONS
STEVEN D. JANNACE
THOMAS E. STAGG*◊
DEBRA LYNNE WABNIK*
DANIEL P. GREGORY*
ANDREW KAZIN
SAL F. DELUCAΔ

JASON W. CREECH
JACQUELINE DELLA CHIESA
KATHRYN FITZGERALD
GEORGE C. FONTANA
MICHAEL D. KERNΔ
ALLISON C. LEIBOWITZ
ADAM M. LEVY
HALEY E. OLAMΔ
COREY J. PUGLIESE
MARVIN N. ROMERO*
MICHELLE E. TARSON*

COUNSEL

SUSAN B. JANNACE
ROSS M. CHINITZΔ
KRISTEN RENZULLI*

*ALSO ADMITTED NJ
ΔALSO ADMITTED CT
◊ALSO ADMITTED DC

May 15, 2008

**<u>Via Ecf</u>**

District Judge Lawrence M. McKenna
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, New York 10007

> Re:  Rosa M. Narea v. Target Corporation
>      J. McKenna; M. Eaton
>      <u>Docket No.:  07-CV-7184</u>

Dear Judge McKenna:

We represent defendant Target Corporation in the above-referenced matter.

We are pleased to inform the Court that this matter has settled and have enclosed the Stipulation of Discontinuance With Prejudice to be "so ordered".

Thank you for the opportunity to address the Court in this matter.

Respectfully submitted,

s/
Sal F. DeLuca (sd-2354)

SFD:mca

cc: Mallilo & Grossman, Esqs.
    163-09 Northern Blvd.
    Flushing, New York 11358
    Attn:  Christopher E. Laraque

mckenna.ltr2.stipdisc