```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
```

ROSA M. NAREA,                                   Civil Action No.:
                                                 07-CV-7184
        Plaintiff,

                                                 **STIPULATION OF
- against -                                      DISCONTINUANCE
                                                 WITH PREJUDICE**

TARGET CORPORATION,
                                                 J. McKenna
        Defendant.
------------------------------------------X     M. Eaton

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   Syosset, New York
        April 18, 2008

| | |
|---|---|
| MALLILO & GROSSMAN, ESQS. | SIMMONS, JANNACE & STAGG, L.L.P. |
| By: _____ | By: _____ |
| | KEVIN P. SIMMONS (ks-7818) |
| Attorneys for Plaintiff | Attorney for Defendant |
| ROSA M. NAREA | TARGET CORPORATION |
| **Office & P.O. Address:** | **Office & P.O. Address:** |
| 163-09 Northern Blvd. | 75 Jackson Avenue |
| Flushing, New York 11358 | Syosset, New York 11791-3139 |
| (718) 461-6633 | (516) 357-8100 |

SO ORDERED:

_____