USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSa M. NAREA,

                Plaintiff,

- against -

TARGET CORPORATION,

                Defendant.
----------------------------------------X

Civil Action No.:
07-CV-7184

STIPULATION & ORDER OF
DISCONTINUANCE
WITH PREJUDICE

J. McKenna

M. Eaton

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Syosset, New York
April 18, 2008

MALLILO & GROSSMAN, ESQS.

By: _____

Attorneys for Plaintiff
ROSA M. NAREA
**Office & P.O. Address:**
163-09 Northern Blvd.
Flushing, New York 11358
(718) 461-6633

SIMMONS, JANNACE & STAGG, L.L.P.

By: _____
KEVIN P. SIMMONS (ks-7818)

Attorney for Defendant
TARGET CORPORATION
**Office & P.O. Address:**
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100

SO ORDERED:

_____
USDJ 5/22/08